**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LARRIE LITTLE**                                                                   **PLAINTIFF**

**No. 4:26-mc-00006 LPR/PSH**

**STACY ELDRIDGE,
BARRY DICKEY**                                                               **DEFENDANTS**

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

On March 31, 2026, Larrie Little ("Little") filed a complaint in the U. S. District Court, Northern District of Mississippi, naming Stacy Eldridge ("Eldridge") and Barry G. Dickey ("Dickey") as defendants.  *Little v. Eldridge & Dickey*, No. 3:26-cv-00069-MPM-JMV, Northern District of Mississippi.  Little alleged the

defendants were digital forensic experts hired by him to provide analysis of an accident which occurred on Interstate 40 near exit 146 in Arkansas.  Eldridge resides in Nebraska and Dickey is a Texas resident.  Little claimed the defendants refused to analyze audio evidence and intentionally did not perform their contractual duties. Race was the motivation for the failure of the defendants, according to Little.

On May 8, 2026, Little initiated this miscellaneous case seeking to compel two non-parties (United States Environmental Services and the Arkansas State Police) to comply with subpoenas issued in the Mississippi case.  Doc. Nos. 2 & 5. On May 30, 2026, Little and counsel for Eldridge and Dickey stipulated to a dismissal of that case with prejudice.  *See* Doc. No. 30 in the Mississippi case.

The motions in this case are inextricably tied to the claims in the Mississippi case.  Because the Mississippi case has been dismissed with prejudice, the undersigned recommends this miscellaneous case be dismissed as well.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2