**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRIE LITTLE** **PLAINTIFF**

**v.** **Case No: 4:26-mc-00006-LPR**

**STACY ELDRIDGE, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 10). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects. Accordingly, this miscellaneous case is DISMISSED. The Clerk is directed to close this case.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE